26 So.2d 927

Jim WATSON v. STATE.

4 Div. 891.

Court of Appeals of Alabama.
April 16, 1946.

E. C. Boswell, of Geneva, for appellant.
Wm. N. McQueen, Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

PER CURIAM.

Cause abated on account of death of appellant.

23 So.2d 887

Allen WEAVER v. STATE.

7 Div. 829.

Court of Appeals of Alabama.
Nov. 6, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

26 So.2d 926

Jack WHITE v. STATE.

6 Div. 265.

Court of Appeals of Alabama.
April 23, 1946.

Gordon Davis, of Tuscaloosa, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

21 So.2d 858

G. W. WHITMIRE v. Emery E. SMITH.

6 Div. 93.

Court of Appeals of Alabama.
April 19, 1945.

Hugh Barber, of Birmingham, for appellant.
Chas. B. Aycock, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

25 So.2d 858

Dave WHITTED v. STATE.

2 Div. 742.

Court of Appeals of Alabama.
April 9, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

24 So.2d 927

Austin WILLIAMS v. STATE.

4 Div. 907.

Court of Appeals of Alabama.
Nov. 20, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.